UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL EDWARD STONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. PEREZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-01571-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[ECF No. 6] |

　　　　Plaintiff Neil Edward Stone is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on November 2, 2015.  Local Rule 302.

　　　　On January 12, 2016, the Court screened and dismissed Plaintiff's complaint, with leave to amend, for failure to state a cognizable claim. (ECF No. 6.)  Plaintiff was directed to file an amended complaint within thirty days from the date of service.  (Id.)  The thirty day period has expired, and Plaintiff has not filed an amended complaint or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted. Accordingly, Plaintiff shall show cause within thirty (30) days as to why this action should not be

///

///

///

1

1  dismissed.  Failure to comply with this order will result in dismissal of the action for failure to comply
2  with a court order and failure to state a cognizable claim upon which relief may be granted.

4  IT IS SO ORDERED.

5  Dated:   **February 23, 2016**
6                                                                     UNITED STATES MAGISTRATE JUDGE